Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket No.6:12-mj-0064-MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | INITIAL APPEARANCE AND; |
| | ) | AND ORDER |
| STEPHEN W. WELTER, | ) | THEREON |
| Defendant. | ) | |
| | ) | Courtroom: U.S. District Court - Yosemite |
| | ) | Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, STEPHEN WELTER, by and through his attorney of record, Paul Burglin, that the Initial Appearance in the above-captioned matter set for August 7, 2012, shall be continued to September 11, 2012, at 10:00 a.m.

Dated: August 6, 2012  /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer
Yosemite National Park

Dated: August 6, 2012  /S/ Paul Burglin
Paul Burglin
Attorney for Defendant
STEPHEN WELTER

1

*** ORDER ***

The Court, having reviewed the above request to continue the Initial Appearance for Stephen Welter, now set for August 7, 2012, to September 11, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

The Initial Appearance now set for August 7, 2012, is continued to September 11, 2012.

IT IS SO ORDERED.

Dated:  August 6, 2012          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE